UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAISON ARMSTRONG,<br><br>    Petitioner,<br><br>    v.<br><br>H. ALECIA (Warden,<br>Sierra Conservation Center),<br><br>    Respondent. | **No. LA CV 19-01902-VBF-AFM**<br><br>**ORDER**<br><br>Adopting Report & Recommendation:<br><br>Denying the Habeas Corpus Petition;<br>Directing Entry of Separate Judgment;<br>Terminating and Closing Case (JS-6) |

    The Court has reviewed the pro se prisoner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, CM/ECF Document ("Doc") 1; the respondent warden's answer memorandum (Doc 14); the transcripts, opinions, and orders of the California state courts and the other records in this case (Docs 16-1 though 16-16); the Magistrate Judge's August 18, 2019 Report and Recommendation ("R&R"); and the applicable law. Petitioner did not file any objection to the R&R, nor did he move for an extension of the objection deadline, and the objection deadline elapsed one month ago, *see* Doc 19. Having found no error of law, fact, or logic in the R&R, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement his recommendations.

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | The August 19, 2019 Report and Recommendation **[Doc # 18] is ADOPTED.** |
| 3 | The petition for a writ of habeas corpus **[Doc # 1] is DENIED.** |
| 4 | Final judgment consistent with this order will be entered separately as required |
| 5 | by Fed. R. Civ. P. 58(a). *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013). |
| 6 | The Court will rule on a certificate of appealability by separate order. |
| 7 | **This action is DISMISSED with prejudice.** |
| 8 | **The case SHALL BE TERMINATED and closed (JS-6)**. |
| 9 | IT IS SO ORDERED. |

Dated: October 9, 2019

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
Senior United States District Judge