JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JAISON ARMSTRONG,** | **No. LA CV 19-01902-VBF (AFM)** |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| H. ALECIA (Warden, Sierra Conservation Center), | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent warden and against petitioner Jaison Armstrong.

IT IS SO ADJUDGED.

Dated: October 8, 2019

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge